GABER (BARBARA), Respondent, vs. BALSIGER and another, Appellants.

*May 18—June 16, 1943.*

J. G. *McWilliams* of Janesville and *W. A. Loveland* of Monticello, for the appellants.

*Lamboley & Lamboley* of Monroe and *Stroud, Stebbins & Wingert* of Madison, for the respondent.

*By the Court.*—Motion to dismiss the appeal is granted.